# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James Freeman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.　4:11-cv-3137-RBH |
| Mr. Beth, Ms. McDail, Ms. Baker, Ms. Graves, Mr. Eagleton, Mr. McFadden | ) ) ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without the issuance of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The Court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:　April 24, 2012

*CLERK OF COURT*

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*